# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DBW PARTNERS, LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>UNITED STATES POSTAL SERVICE and<br>UNITED STATES POSTAL SERVICE<br>OFFICE OF INSPECTOR GENERAL,<br><br>      Defendants. | Civil Action No. 18-3127 (RC) |

## JOINT STATUS REPORT

Pursuant to this Court's Minute Order of February 5, 2019, Plaintiff DBW Partners, LLC, and Defendants United States Postal Service and United States Postal Service Office of Inspector General respectfully submit this Joint Status Report in this Freedom of Information Act case.

The parties have met and conferred with respect to a briefing schedule, and propose the following:

- Defendants' Motion for Summary Judgment shall be filed on or before April 19, 2019.

- Plaintiff's Cross-Motion for Summary Judgment and Opposition to Defendants' Motion for Summary Judgment shall be filed on or before May 16, 2019.

- Defendants' Reply and Opposition to Plaintiff's Cross-Motion for Summary Judgment shall be filed on or before June 14, 2019.

- Plaintiff's Reply shall be filed on or before June 28, 2019.

Dated:  February 15, 2019            Respectfully submitted,

WILLIAMS LOPATTO, PLLC

      /s/ *John B. Williams*
JOHN B. WILLIAMS (D.C. Bar No. 257667)
FARA N. KITTON (D.C. Bar No. 1007793)

1200 New Hampshire Avenue, N.W., Suite 750
Washington, DC  20036
Telephone:  (202) 296-1611
jbwilliams@williamslopatto.com

*Attorneys for Plaintiff*


JESSIE K. LIU
D.C. BAR No. 472845
United States Attorney

DANIEL F. VAN HORN
D.C. Bar No. 924092
Chief, Civil Division

　　　　/s/ *Paul Cirino*
PAUL CIRINO
Assistant United States Attorney
Civil Division
U.S. Attorney's Office for the District of Columbia
555 Fourth Street, N.W.
Washington, D.C.  20530
Phone: (202) 252-2529
Fax: (202) 252-2599
paul.cirino@usdoj.gov

*Attorneys for Defendant*