**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| DBW PARTNERS, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES POSTAL SERVICE and ) <br> UNITED STATES POSTAL SERVICE ) <br> OFFICE OF INSPECTOR GENERAL, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 18-3127 (RC) |

**DEFENDANTS' NOTICE OF FILING OF UPDATED JUSTIFICATIONS FOR WITHHOLDINGS AND OF LODGING OF DOCUMENT FOR IN CAMERA REVIEW**

Pursuant to this Court's Order of October 28, 2019, ECF Nos. 17-18, Defendants United States Postal Service ("USPS") and United States Postal Service Office of Inspector General respectfully submit this Notice advising the Court of its response to the Court's Order on the parties' cross-motions for summary judgment in this Freedom of Information Act ("FOIA") case.

1. Defendants are filing herewith the Declaration of Sharon Owens, which sets forth updated justifications for the withholding of portions of the report titled "Postal Partnerships: The Complex Role of Middlemen and Discounts in the USPS Package Business" (the "OIG Whitepaper"), pursuant to FOIA Exemption 3, 5 U.S.C. § 552(b)(3)(A), and the Postal Reorganization Act, 39 U.S.C. § 410(c)(2). The Declaration explains in detail why the redacted portions of the document constitute "information of a commercial nature . . . which under good business practice would not be publicly disclosed." 39 U.S.C. § 410(c)(2). A revised redacted version of the OIG Whitepaper, reflecting the correction of inadvertent errors and the release of additional non-exempt, segregable material, is attached to Ms. Owens' Declaration.

2. Under separate cover, Defendants today delivered to the Court, for its *in camera* review, an unredacted copy of the OIG Whitepaper.

3. On November 26, 2019, Defendant USPS advised Plaintiff that it had conducted a search for document responsive to Plaintiff's request for "[a]ny documents or communications related to an ethics investigation and/or ethics review of former Chief Customer and Marketing Officer James Cochrane" between July 1, 2017, and October 23, 2018. USPS advised Plaintiff that it had conducted a diligent search but that no responsive records were found. *See* Exhibit A.

Dated: November 27, 2019

Respectfully submitted,

JESSIE K. LIU
D.C. BAR No. 472845
United States Attorney

DANIEL F. VAN HORN
D.C. Bar No. 924092
Chief, Civil Division

       /s/ *Paul Cirino*
PAUL CIRINO
Assistant United States Attorney
Civil Division
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-2529
paul.cirino@usdoj.gov

*Attorneys for Defendants*