# EXHIBIT A

PRIVACY & RECORDS MANAGEMENT OFFICE


UNITED STATES
POSTAL SERVICE

November 26, 2019

Mr. Michael Williams
1233 20th Street, NW
Suite 301
Washington, DC 20036-2363

Re: Freedom of Information Act Appeal No. 2019-APP-00026;
    FOIA Case No. 2018-FPRO-00102

Dear Mr. Williams:

This further responds to your Freedom of Information Act (FOIA) request, received by the Postal Service on October 23, 2018. In your request, you sought access to "[a]ny documents or communications related to an ethics investigation and/or ethics review of former Chief Customer and Marketing Officer James Cochrane" within a certain timeframe.

We note that this request is the subject of the complaint that you filed in the U.S. District Court for the District of Columbia (Civil Action 18-3127). This letter also responds, in part, to the Memorandum Opinion issued by the Court on October 28, 2019.

Subsequent to the Memorandum Opinion, I have been in contact with Ms. Jessica Brewster-Johnson, Senior Ethics Counsel, concerning your request for documents or communications related to an ethics investigation and/or ethics review of former Chief Customer and Marketing Officer James Cochrane.

I have been advised by Ms. Brewster-Johnson that a diligent search was conducted of the records maintained by the Ethics Office. This search found no records responsive to your request.

Sincerely,

Janine Castorina
Chief Privacy & Records Management Officer

475 L'ENFANT PLAZA SW, RM. 1P830
WASHINGTON DC 20260-2201
(202)268-2608
FAX: (202)268-5353