# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DBW PARTNERS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 18-3127 (RC) |
| ) | |
| UNITED STATES POSTAL SERVICE and ) | |
| UNITED STATES POSTAL SERVICE ) | |
| OFFICE OF INSPECTOR GENERAL, ) | |
| ) | |
| Defendants. ) | |

## **ERRATA**

Defendants United States Postal Service and United States Postal Service Office of Inspector General, through undersigned counsel, respectfully notify the Court of typographical and punctuation errors in the Declaration of Sharon Owens, dated November 26, 2019, and filed the following day. ECF No. 19-1.

1. The second sentence of Paragraph 11 contains a typographical error. The first part of the sentence should read as follows: "Knowing how the Postal Service thinks about such contracts . . . ."

2. The first sentence of Paragraph 15 should be divided into two sentences. The text should read as follows: "The OIG's whitepaper would do such harm. As the Declaration of Elizabeth P. Martin discusses . . . ."

3. Paragraph 22 contains a punctuation error in the quotation. The first part of the paragraph should read as follows: "While the Postal Service stands by Elizabeth P. Martin's September 10, 2019 determination that "agencies are not required to comb through documents searching for releasable conjunctions and filler words that 'taken separately or together have

minimal or no information content," the Postal Service did unredact and produce certain information . . . ."

4. Paragraph 23 contains a punctuation error. The first sentence should read as follows: "The Postal Service has determined, after a second thorough review, that additional segregable, non-exempt information may be released."

5. The declaration inadvertently omitted the word "be" between the words "should" and "withheld" in the following sentence, which appears 24 times in Paragraph 23.  The sentence should read as follows: "Any facts, surrounding this discussion, whether public or not, are inextricably intertwined with business sensitive information and should be withheld."  *See* Pages 9 (two instances), 11, 12, 13 (two instances), 14, 15 (three instances), 16 (two instances), 17 (two instances), 18 (two instances), 19 (two instances), 20 (two instances), 21 (three instances), 22.

6. A header on Page 11 contains an extra word.  The heading should read as follows: "Ecommerce Boom, Technology Roil the Package Market."

Defendants regret the errors and apologize for any inconvenience to Plaintiff and the Court.

Dated:  December 20, 2019

Respectfully submitted,

JESSIE K. LIU, D.C. BAR # 472845
United States Attorney

DANIEL F. VAN HORN, D.C. BAR #924092
Chief, Civil Division

　　　/s/ *Paul Cirino*
PAUL CIRINO
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C.  20530
Telephone: (202) 252-2529
paul.cirino@usdoj.gov

*Counsel for Defendants*